UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JIMMY WAYNE LYONS, | ) | No. CV 07-02773-MMM (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE, AND (2) DENYING DEFENDANTS MOTION FOR |
| SANTERO, et al., | ) | SUMMARY JUDGMENT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment, Plaintiff's Opposition, Defendants' Reply and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that (1) the Court accepts the Findings and Recommendations of the Magistrate Judge; and (2) Denies Defendants City of Los Angeles (erroneously sued as Los Angeles Police Department), Benjamin Santero and Manuel Rumion's Motion for Summary Judgment.

DATED: August 1, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE